**STATEMENT OF FACTS**

  On March 30, 2006, at about 9:55 a.m., members of the FBI Safe Streets Task Force executed a D.C. Superior Court search warrant at xxx xx$^{nd}$ Xxxxxx, X.X., Xxxxxxxxxx, X.X. The defendant, David Hughes, was stopped by agents as he approached the front and entrance walkway to the above address. Recovered from the defendant's hand was a set of keys that fit both the security door and the main entry door. A search of one of the bedrooms revealed mail matter in the defendant's name, numerous photos of the defendant, a shoebox containing a .38 special revolver, numerous empty ziplock bags, a receipt with the defendant's name on it, and another receipt with both the defendant's name and signature on it. Also, recovered from the same bedroom was $2,850.00 in U.S. Currency, and a plate containing chunks of a white rock-like substance, numerous small ziplock bags, and razor blades. A portion of the suspected crack cocaine field tested positive for cocaine. The white rock-like substance appeared to be crack cocaine. Recovered from a shoebox in another bedroom was a Ruger .357 caliber revolver, .357 caliber ammunition, and identification card in the name of "Mr. Hughes". Agents searched the trunk of a car parked in the backyard and recovered 84 ziplock bags containing a green weed-like substance. A portion of the green weed-like substance field tested positive for THC. Agents placed the defendant under arrest. Recovered from the defendant's person was $644.00 in U.S. Currency. The approximate weight of the suspected crack cocaine was 27 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than possession for personal use exclusively. After arrest, the defendant told agents that the marijuana recovered from the trunk of the car belonged to him, and that had made recent sales of crack cocaine from the crack cocaine that was recovered from the plate in the bedroom.

              _____
              SPECIAL AGENT ROBERT LOCKHART
              FEDERAL BUREAU OF INVESTIGATION


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF MARCH, 2006.

              _____
              U.S. MAGISTRATE JUDGE